Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Eastern District of Pennsylvania**

Case number (if known): _____    Chapter __7__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Ethos Grooming Station for Men, LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | **Ethos: GSFM** |
| **3. Debtor's federal Employer Identification Number (EIN)** | **1 1 – 3 8 2 2 9 6 5** |

**4. Debtor's address**

**Principal place of business**

**339 N. Broad Street**
Number       Street

**Philadelphia, PA 19107**
City                          State      ZIP Code

**Philadelphia**
County

**Mailing address, if different from principal place of business**

**c/o Jonathan M. Jacobs**

**1431 Brown Street**
Number       Street

**Philadelphia, PA 19130**
City                          State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number       Street

City                          State      ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | **https://www.ethosgsfm.com/** |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Ethos Grooming Station for Men, LLC**                                    Case number *(if known)* _____
　　　　　Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
**8  1  2  1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　District _____ When _____ Case number _____
　　　　　　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

　　　District _____ When _____
　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　Case number, if known _____

Debtor    **Ethos Grooming Station for Men, LLC**                                    Case number *(if known)* _____

Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other<br><br>**Where is the property?** _____<br>Number        Street<br><br>_____<br><br>_____<br>City                                          State      ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br><br>☐ Yes.   Insurance agency  _____<br><br>Contact name  _____<br><br>Phone  _____ |

---

**■ Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000<br><br>☐ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br><br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br><br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br><br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor      **Ethos Grooming Station for Men, LLC**                                    Case number *(if known)*
            Name

**16. Estimated liabilities**

☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☑ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

WARNING --      Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
                imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **01/22/2025**
               MM/ DD/ YYYY

X **/s/ Jonathan M. Jacobs**                                    **Jonathan M. Jacobs**
  Signature of authorized representative of debtor               Printed name

Title      **President**

**18. Signature of attorney**

X              **/s/ Stephen Dunne**            Date  **01/22/2025**
  Signature of attorney for debtor                      MM/ DD/ YYYY

**Stephen Dunne**
Printed name

**Dunne Law Offices, PC**
Firm name

**1515 Market Street 1200**
Number       Street

**Philadelphia**                              **PA**      **19102**
City                                          State       ZIP Code

**(215) 205-6367**                            **stephen@dunnelawoffices.com**
Contact phone                                 Email address

**208838**                                    **PA**
Bar number                                    State

---

Fill in this information to identify the case:

Debtor Name **Ethos Grooming Station for Men, LLC**

United States Bankruptcy Court for the: _____ **Eastern** _____ District of _____ **Pennsylvania** _____
(State)

Case number (If
known): _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **PNC BANK** | **Checking account** | **4  0  0  4** | $969.62 |
| 3.2. **PNC BANK** | **Checking account** | **4  0  1  2** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____ _____

   4.2 _____ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $969.62 |
   | --- |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

   | Current value of debtor's interest |
   | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

Debtor    **Ethos Grooming Station for Men, LLC**                              Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 7.1 | **322 On North Broad, LLC** | **$4,962.74** |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____      _____

8.2 _____      _____

9.  **Total of Part 2**                                              | **$4,962.74** |

Add lines 7 through 8. Copy the total to line 81.

---

**Part 3:**    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

11. **Accounts receivable**

11a. 90 days old or less:  _____ - _____ =..... ➡    _____
                          face amount       doubtful or uncollectible accounts

11b. Over 90 days old:     _____ - _____ =..... ➡    _____
                          face amount       doubtful or uncollectible accounts

12. **Total of Part 3**                                         | |

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

**Part 4:**    Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____      _____   _____

14.2 _____      _____   _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                            % of ownership:

15.1. _____    _____   _____   _____

15.2. _____    _____   _____   _____

---

Debtor    **Ethos Grooming Station for Men, LLC**                        Case number *(if known)* _____

Name

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____          _____    _____

    16.2 _____          _____    _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                                         [_____]

---

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|---------------------------------|-----------------------------------------|------------------------------------|
| **19.** Raw materials<br><br>_____ | _____<br>MM / DD / YYYY | _____ | _____ | _____ |
| **20.** Work in progress<br><br>_____ | _____<br>MM / DD / YYYY | _____ | _____ | _____ |
| **21.** Finished goods, including goods held for resale<br><br>_____ | _____<br>MM / DD / YYYY | _____ | _____ | _____ |
| **22.** Other inventory or supplies<br><br>_____ | _____<br>MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                                         [_____]

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

---

Official Form 206A/B                    **Schedule A/B: Assets — Real and Personal Property**                    page **3**

Debtor    **Ethos Grooming Station for Men, LLC**                                    Case number *(if known)* _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.    _____

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

Debtor    **Ethos Grooming Station for Men, LLC**    Case number *(if known)* _____

Name

| | General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | **55" Brown mid-century modern sideboard buffet cabinet with Storage, from Target** | $649.00 | **Internet Valuation** | $175.00 |
| | **Sideboard Storage Cabinet one shelf from Crosley Furniture, Mahogany** | $389.00 | **Internet Valuation** | $200.00 |
| | **Ceni 39" Lounge Chair - Quarry Gray, Walnut by Article (Quantity - 2)** | $599.00 | **Internet Valuation** | $300.00 |
| | **Ceni 83" Sofa - Quarry Gray** | $999.00 | **Internet Valuation** | $500.00 |
| | **Nord 29" Lounge Chair - Galaxy Gray by Article (Quantity 2)** | $599.00 | **Internet Valuation** | $300.00 |
| | **Alen BreatheSmart Flex HEPA Air Purifier, 75i** | $559.30 | **Internet Valuation** | $279.00 |
| | **Refrigerator** | $3,000.00 | **Internet Valuation** | $3,000.00 |
| | **Whirlpool Commerical Stackable Washer Dryer** | $2,917.99 | **Internet Valuation** | $1,499.00 |
| | **Stationary Vacuum** | $199.00 | **Internet Valuation** | $99.00 |
| | **8 Teo Mini Pendants, Natural Brass Finish** | $1,400.00 | **Internet Valuation** | $800.00 |
| | **Sony Bravia EZ20L Series 50" UHD 4K HDR commerical Monitor, w/ 2 yr warranty, purchased 8/13/24, no Stand Legs** | $675.00 | **Internet Valuation** | $400.00 |
| 40. | **Office fixtures** | | | |
| | | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **Square Terminal** | $299.00 | **Internet Valuation** | $299.00 |
| | **Square Terminal** | $799.00 | **Internet Valuation** | $799.00 |
| | **Steamers, 2 QTY for sale** | $75.00 | **Internet Valuation** | $75.00 |
| | **UV Sterilizers Cabinet, 2QTY** | $99.00 | **Internet Valuation** | $40.00 |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |
| 43. | **Total of Part 7**<br>Add lines 39 through 42. Copy the total to line 86. | | | $8,765.00 |

Debtor    **Ethos Grooming Station for Men, LLC**_____     Case number *(if known)* _____
Name

---

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:**    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | _____ | _____ | _____ |
| 47.2 _____ | _____ | _____ | _____ |
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | _____ | _____ | _____ |
| 48.2 _____ | _____ | _____ | _____ |
| 49. **Aircraft and accessories** | | | |
| 49.1 _____ | _____ | _____ | _____ |
| 49.2 _____ | _____ | _____ | _____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | _____ | _____ | _____ |

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    **Ethos Grooming Station for Men, LLC**                        Case number *(if known)* _____
          Name

| Part 9: | Real property |
|---------|---------------|

**54.  Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

**56.  Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

> _____

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|----------|----------------------------------------|

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| **61.  Internet domain names and websites** | | | |
| https://www.ethosgsfm.com/ | $44.00 | Internet Valuation - www.godaddy.com | $44.00 |
| **62.  Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |

Debtor    **Ethos Grooming Station for Men, LLC**                                 Case number *(if known)* _____
Name

| 63. | **Customer lists, mailing lists, or other compilations** | | | |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| 64. | **Other intangibles, or intellectual property** | | | |
| | _____ | _____ | _____ | _____ |
| 65. | **Goodwill** | | | |
| | _____ | _____ | _____ | _____ |

66. **Total of Part 10**                                                                 $44.00
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

                                                                              Current value of
                                                                              debtor's interest

71. **Notes receivable**

    Description (include name of obligor)

    _____        _____ – _____ = ➔    _____
                           Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____        Tax year _____    _____
    _____        Tax year _____    _____
    _____        Tax year _____    _____

73. **Interests in insurance policies or annuities**

    _____                            _____

74. **Causes of action against third parties (whether or not a lawsuit has
    been filed)**

Debtor    **Ethos Grooming Station for Men, LLC**
Name

Case number *(if known)*

**Nature of claim**

**Amount requested**

75. **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

**Nature of claim**

**Amount requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season
tickets, country club membership

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    **Ethos Grooming Station for Men, LLC**                          Case number *(if known)* _____
          Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $969.62 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,962.74 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,765.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................... ➡ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $44.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column*............................91a. | $14,741.36 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................................. | | $14,741.36 |

Fill in this information to identify the case:

Debtor name __**Ethos Grooming Station for Men, LLC**__

United States Bankruptcy Court for the: __**Eastern**__    District of __**Pennsylvania**__
(State)

Case number (if known): _____

☐ Check if this is an amended filing

__**Official Form 206D**__

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Creditor's name**<br>**Small Business Administration**<br><br>**Creditor's mailing address**<br>**2 North Street 320**<br>**Birmingham, AL 35203**<br><br>**Creditor's email address, if known**<br>_____<br><br>**Date debt was incurred** _____<br><br>**Last 4 digits of account** **2 3 6 7**<br>**number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **Describe debtor's property that is subject to a lien**<br>_____<br>_____<br><br>**Describe the lien**<br>_____<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $278,700.00 | unknown |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $278,700.00

Debtor       **Ethos Grooming Station for Men, LLC**                          Case number (if known) _____
                          Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Department of Treasury** <br> **c/o Bureau of the Fiscal Service** <br> **PO Box 830794** <br> **Birmingham, AL 35283** | Line 2. _1_ | __ __ __ __ |
| **U.S. Small Business Administration** <br> **ATTN: District Counsel** <br> **660 American Avenue 301** <br> **King of Prussia, PA 19406** | Line 2. _1_ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Debtor    **Ethos Grooming Station for Men, LLC**
Name

Case number (if known) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____<br>_____<br>_____ | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name    **Ethos Grooming Station for Men, LLC**

United States Bankruptcy Court for the:

**Eastern District of Pennsylvania**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br>_____<br><br>_____<br><br>_____<br><br>**Date or dates debt was incurred**<br><br>_____<br><br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | _____ | _____ |
| **2.2** Priority creditor's name and mailing address<br><br>_____<br><br>_____<br><br>_____<br><br>**Date or dates debt was incurred**<br><br>_____<br><br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | _____ | _____ |

| Debtor | **Ethos Grooming Station for Men, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**322 On North Broad LLC**

**c/o Corporation Service Company**

**251 Little Falls Drive**

**Wilmington, DE 19808**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$50,000.00**

---

**3.2** Nonpriority creditor's name and mailing address

**Betterment LLC**

**450 West 33rd Street FL 11**

**New York, NY 10001**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$566.32**

---

**3.3** Nonpriority creditor's name and mailing address

**Broadvoice**

**9221 Corbin Avenue Suite 260**

**Northridge, CA 91324**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$342.00**

---

**3.4** Nonpriority creditor's name and mailing address

**Comcast**

**1701 JFK Boulevard**

**Philadelphia, PA 19103**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$544.13**

Debtor    **Ethos Grooming Station for Men, LLC**
Name

Case number *(if known)*

---

| Part 2: | Additional Page |
|---|---|

**3.5** Nonpriority creditor's name and mailing address

**Forward Financing**

**53 State Street 20th Floor**

**Boston, MA 02109**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:     $13,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**Square**

**1455 Market Street**

**San Francisco, CA 94103**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:     $17,257.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 3 of 5

| Debtor | **Ethos Grooming Station for Men, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **Part 3:** | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Betterment Transfers** <br> **PO Box 207691** <br> **Dallas, TX 75320** | Line **3.2** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2 **Betterment Transfers** <br> **Lockbox Services 207691** <br> **2975 Regent Blvd Suite 100** <br> **Irving, TX 75063** | Line **3.2** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3 **Broadvoice** <br> **9221 Corbin Avenue Suite 155** <br> **Northridge, CA 91324** | Line **3.3** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4 **Comcast Business** <br> **PO Box 70219** <br> **Philadelphia, PA 19176** | Line **3.4** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5 **NB Project Owner LLC** <br> **5847 San Felipe Suite 3600** <br> **Houston, TX 77057** | Line **3.1** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6 **NB Project Owner LLC** <br> **322 N. Broad Street** <br> **Philadelphia, PA 19102** | Line **3.1** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7 **Square** <br> **1955 Broadway Suite 600** <br> **Oakland, CA 94612** | Line **3.6** <br> ☐ Not listed. Explain _____ | __ __ __ __ |

| Debtor | **Ethos Grooming Station for Men, LLC** | Case number *(if known)* |
|--------|------------------------------------------|---------------------------|
|        | Name                                     |                           |

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|-------------|----------------------------------------------------------------|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|--|--|----------------------------|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $82,209.45 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $82,209.45 |

Fill in this information to identify the case:

Debtor name     **Ethos Grooming Station for Men, LLC**

United States Bankruptcy Court for the:

    **Eastern District of Pennsylvania**

Case number (if known): _____ Chapter   **7**

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** **State what the contract or lease is for and the nature of the debtor's interest**    Commercial Lease <br>    Contract to be REJECTED <br> **State the term remaining**    0 months <br> **List the contract number of any government contract** | 322 On North Broad LLC <br> c/o Corporation Service Company <br> 251 Little Falls Drive <br> Wilmington, DE 19808 |
| **2.2** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | |
| **2.3** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | |
| **2.4** **State what the contract or lease is for and the nature of the debtor's interest** <br> **State the term remaining** <br> **List the contract number of any government contract** | |

**Fill in this information to identify the case:**

Debtor name __**Ethos Grooming Station for Men, LLC**__

United States Bankruptcy Court for the: __**Eastern**__     District of __**Pennsylvania**__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1** __**Brovchenko, Anton**__ | __**2939 Ocean Avenue Apt. 4D**__<br>Street<br><br>__**Brooklyn, NY 11235**__<br>City  State  ZIP Code | **322 On North Broad LLC**<br><br>**Small Business Administration** | ☐ D<br>☑ E/F<br>☐ G<br>☑ D<br>☐ E/F<br>☐ G |
| **2.2** __**Jacobs, Jonathan M.**__ | __**1431 Brown Street Apt # 3**__<br>Street<br><br>__**Philadelphia, PA 19130**__<br>City  State  ZIP Code | **322 On North Broad LLC**<br><br>**Small Business Administration** | ☐ D<br>☑ E/F<br>☐ G<br>☑ D<br>☐ E/F<br>☐ G |
| **2.3** _____ | _____<br>Street<br><br>_____<br>City  State  ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| **2.4** _____ | _____<br>Street<br><br>_____<br>City  State  ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

| Debtor | **Ethos Grooming Station for Men, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Additional Page if Debtor Has More Codebtors |
|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ _____ City        State        ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.6 | _____ | Street _____ _____ City        State        ZIP Code | _____ | ❏ D ❏ E/F ❏ G |

Fill in this information to identify the case:

Debtor name ___**Ethos Grooming Station for Men, LLC**___

United States Bankruptcy Court for the:

___**Eastern District of Pennsylvania**___

Case number (if known): _____    Chapter ___7___

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**

    Copy line 88 from *Schedule A/B*................................................................................ | **$0.00**

    1b. **Total personal property:**

    Copy line 91A from *Schedule A/B*............................................................................. | **$14,741.36**

    1c. **Total of all property:**

    Copy line 92 from *Schedule A/B*................................................................................ | **$14,741.36**

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | **$278,700.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

    Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................... | **$0.00**

    3b. **Total amount of claims of non-priority amount of unsecured claims:**

    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ | **+ $82,209.45**

4. **Total liabilities**................................................................................................................ | **$360,909.45**

    Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name  **Ethos Grooming Station for Men, LLC**

United States Bankruptcy Court for the:

**Eastern District of Pennsylvania**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to  Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$2,200.00** |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$157,948.00** |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$195,539.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to  Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

**3.**   **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Small Business Administration**<br>Creditor's name<br><br>**2 North Street 320**<br>Street<br><br><br>**Birmingham, AL 35203**<br>City     State     ZIP Code | **01/01/2025**<br><br>**12/01/2024**<br><br>**11/01/2024** | **$432.00** | ☑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>❑ Services<br>❑ Other _____ |

**4.**   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Brovchenko, Anton**<br>Creditor's name<br><br>**2939 Ocean Avenue Apt. 4D**<br>Street<br><br><br>**Brooklyn, NY 11235**<br>City     State     ZIP Code<br><br>**Relationship to debtor**<br><br>**LLC Member** | **04/08/2024** | **$1,000.00** | **Loan Repayment** |
| 4.2. **Brovchenko, Anton**<br>Creditor's name<br><br>**2939 Ocean Avenue Apt. 4D**<br>Street<br><br><br>**Brooklyn, NY 11235**<br>City     State     ZIP Code<br><br>**Relationship to debtor**<br><br>**LLC Member** | **04/10/2024** | **$200.00** | **Loan Repayment** |

Debtor    **Ethos Grooming Station for Men, LLC**    Case number *(if known)* _____
Name

| | | | |
|---|---|---|---|
| 4.3. | **Jacobs, Angela** | **05/27/2024** | **$600.00** | **Loan Repayment** |

Creditor's name

**1431 Brown Street Apt # 3**
Street



**Philadelphia, PA 19130**
City                State    ZIP Code

| Relationship to debtor |
|---|

**Spouse of LLC Member**

| | | | |
|---|---|---|---|
| 4.4. | **Jacobs, Jonathan M.** | **11/11/2024** | **$615.00** | **Loan Repayment** |

Creditor's name

**1431 Brown Street Apt # 3**
Street



**Philadelphia, PA 19130**
City                State    ZIP Code

| Relationship to debtor |
|---|

**Spouse of LLC Member**

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | |
| Street | | | |
| | | | |
| City                State    ZIP Code | | | |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. | | | |
| Creditor's name | XXXX– __ __ __ __ | | |
| Street | | | |
| | | | |
| City                State    ZIP Code | | | |

Debtor **Ethos Grooming Station for Men, LLC**
Name

Case number *(if known)*

---

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | _____ | _____ | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | Street | ☐ Concluded |
| | _____ | | | |
| | | | City          State     ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | _____ | _____ | _____ |
| | Custodian's name | **Case title** | **Court name and address** |
| | Street | _____ | Name |
| | _____ | **Case number** | Street |
| | City          State     ZIP Code | _____ | _____ |
| | | **Date of order or assignment** | City          State     ZIP Code |
| | | _____ | |

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | _____ | _____ | _____ | |
| | Recipient's name | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

Debtor **Ethos Grooming Station for Men, LLC**

Name

Case 25-10278-pmm    Doc 1    Filed 01/22/25    Entered 01/22/25 19:00:36    Desc Main
Document    Page 31 of 44    Case number *(if known)* _____

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1.  _____ | _____ | _____ | _____ |

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❑ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Dunne Law Offices, PC** | **Attorney's Fee** | **01/10/2025** | **$5,000.00** |

**Address**

**1515 Market Street 1200**
Street

_____

**Philadelphia, PA 19102**
City        State    ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

**Anton Brovchenko**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | _____ |

**Trustee**

_____

Debtor    **Ethos Grooming Station for Men, LLC**                    Case number *(if known)* _____
              Name

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |

**Address**

_____
Street

_____

_____
City          State    ZIP Code

**Relationship to debtor**

_____

---

## Part 7:  Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____<br>Street | From _____ To _____ |
| _____ | |
| _____<br>City          State    ZIP Code | |

---

## Part 8:  Health Care Bankruptcies

### 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

---

Debtor   **Ethos Grooming Station for Men, LLC**                              Case number *(if known)*_____
_____
Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.  _____       _____       _____

Facility name

_____

Street                              Location where patient records are maintained *(if different from facility address). If electronic, identify any service provider.*     How are records kept?

_____       _____
City          State    ZIP Code

*Check all that apply:*

❑ Electronically

_____       ❑ Paper

---

**Part 9:   Personally Identifiable Information**

16.  **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

❑ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

❑ No

❑ Yes

17.  **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

❑ Yes. Does the debtor serve as plan administrator?

❑ No. Go to Part 10.

❑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|

_____       EIN: _ _ – _ _ _ _ _ _ _

Has the plan been terminated?

❑ No

❑ Yes

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18.  **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

❑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1  **PNC BANK** <br> Name <br> **6750 Miller Road** <br> Street <br> **Brecksville, OH 44141** <br> City          State    ZIP Code | XXXX– **3** _ **0** _ **3** _ **8** | ☑ Checking <br> ❑ Savings <br> ❑ Money market <br> ❑ Brokerage <br> ❑ Other <br> _____ | **02/28/2024** | **$41.36** |

Debtor  **Ethos Grooming Station for Men, LLC**                    Case number *(if known)*
             Name

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|------------------------------------------|-----------------------------------|------------------------------|-----------------------------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State     ZIP Code | | | |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|----------------------------|-----------------------------------|------------------------------|-----------------------------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State     ZIP Code | | | |

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---------------------------|---------------------------|------------------------------|-------|
| | | | |
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

---

**Part 12:**  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State   ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State   ZIP Code | City          State   ZIP Code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State   ZIP Code | City          State   ZIP Code | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor    **Ethos Grooming Station for Men, LLC**                Case number *(if known)* _____
          Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State     ZIP Code | _____<br><br>_____ | EIN: _ _ – _ _ _ _ _ _ _<br><br>**Dates business existed**<br><br>From _____   To _____ |

## 26. Books, records, and financial statements

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Dates of service |
|---|---|---|
| 26a.1. | **R. Byron Whitaker**<br>Name<br><br>**16475 Dallas Parkway Suite # 1**<br>Street<br><br>**Addison, TX 75001**<br>City          State     ZIP Code | From **06/01/2023**   To **02/18/2024** |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | | Dates of service |
|---|---|---|
| 26b.1. | _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State     ZIP Code | From _____   To _____ |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State     ZIP Code | _____<br><br>_____<br><br>_____ |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor  **Ethos Grooming Station for Men, LLC**                    Case number *(if known)*
Name

| **Name and address** |
|---|

26d.1.

_____
Name

_____
Street

_____

_____
City                          State            ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|
| _____ | _____ | _____ |

| **Name and address of the person who has possession of inventory records** |
|---|

27.1.  _____

_____
Name

_____
Street

_____

_____
City                          State            ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
|---|---|---|---|
| **Jacobs, Jonathan M.** | **1431 Brown Street Apt # 3 Philadelphia, PA 19130** | **President, Member** | **52.00%** |
| **Brovchenko, Anton** | **2939 Ocean Avenue Apt. 4D Brooklyn, NY 11235** | **Member, Member** | **48.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| **Name** | **Address** | **Position and nature of any interest** | **Period during which position or interest was held** |
|---|---|---|---|
| _____ | _____ | , | From _____ |
| | | | To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1. _____

Name

_____

Street

_____

_____

City      State      ZIP Code

**Relationship to debtor**

_____

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __01/22/2025__

      MM/ DD/ YYYY

**X** **/s/ Jonathan M. Jacobs**       Printed name       **Jonathan M. Jacobs**

Signature of individual signing on behalf of the debtor

Position or relationship to debtor       **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

### Eastern District of Pennsylvania

**In re**    Ethos Grooming Station for Men, LLC

Case No. _____

**Debtor**                                                         Chapter _____ **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered
or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ....................................................................................    **$5,000.00**

Prior to the filing of this statement I have received ..............................................................    **$5,000.00**

Balance Due ................................................................................................................................    **$0.00**

2.    The source of the compensation paid to me was:

☐ Debtor          ☑ Other (specify)    **Anton Brovchenko** _____

3.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my
law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my
law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in
bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **01/22/2025** | **/s/ Stephen Dunne** |
| *Date* | Stephen Dunne |
| | *Signature of Attorney* |

Bar Number: 208838
Dunne Law Offices, PC
1515 Market Street 1200
Philadelphia, PA 19102
Phone: (215) 205-6367

**Dunne Law Offices, PC**
*Name of law firm*

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE: **Ethos Grooming Station for Men, LLC**                    CASE NO

                                                                 CHAPTER **7**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ___**01/22/2025**___        Signature _____**/s/ Jonathan M. Jacobs**_____

                                                    Jonathan M. Jacobs, President

322 On North Broad LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808


Betterment LLC
450 West 33rd Street FL 11
New York, NY 10001


Betterment Transfers
PO Box 207691
Dallas, TX 75320


Betterment Transfers
Lockbox Services 207691
2975 Regent Blvd Suite 100
Irving, TX 75063


Broadvoice
9221 Corbin Avenue Suite 260
Northridge, CA 91324


Broadvoice
9221 Corbin Avenue Suite 155
Northridge, CA 91324


Anton Brovchenko
2939 Ocean Avenue Apt. 4D
Brooklyn, NY 11235


Comcast
1701 JFK Boulevard
Philadelphia, PA 19103

Comcast Business
PO Box 70219
Philadelphia, PA 19176


Department of Treasury
c/o Bureau of the Fiscal Service
PO Box 830794
Birmingham, AL 35283


Forward Financing
53 State Street 20th Floor
Boston, MA 02109


Jonathan M. Jacobs
1431 Brown Street Apt # 3
Philadelphia, PA 19130


NB Project Owner LLC
5847 San Felipe Suite 3600
Houston, TX 77057


NB Project Owner LLC
322 N. Broad Street
Philadelphia, PA 19102


Small Business
Administration
2 North Street 320
Birmingham, AL 35203


Square
1455 Market Street
San Francisco, CA 94103

Square
1955 Broadway Suite 600
Oakland, CA 94612


U.S. Small Business
Administration
ATTN: District Counsel
660 American Avenue 301
King of Prussia, PA 19406